UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>106 J STREET, LLC, a California Limited Liability Company; DA COCONUT GROVE INC., a California Corporation; and DOES 1-10,<br><br>        Defendants. | CIV. NO. 2:15-337 WBS EFB<br><br><br>ORDER OF RECUSAL |

----oo0oo----

        Default was entered against defendant De Coconut Grove Inc. and defendant 106 J Street, LLC did not participate in the Status Report submitted to the court. Because it cannot be determined whether the undersigned has a financial interest in De Coconut Grove Inc., the undersigned hereby recuses himself as the judge to whom this case is assigned. See 28 U.S.C. § 455(b)(4).

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1

making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated: May 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE