CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

SID M. ROSENBERG, ESQ. SBN 129158
BRANDON T. WRIGHT, ESQ., SBN 924305
LAW OFFICES OF ROSENBERG & LINK
AN ASSOCIATION OF
PROFESSIONAL LAW CORPORATIONS
725 30TH STREET, SUITE 107
SACRAMENTO, CA 95816
Telephone: (916) 447-8101
Facsimile: (916) 447-4750

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**106 J Street, LLC**, a California Limited Liability Company; **Da Coconut Grove Inc**., a California Corporation; and Does 1-10,<br><br>　　　　Defendants | CASE NO.: 2:15-cv-00337-MCE-EFB<br><br>**STIPULATION AND ORDER TO SET ASIDE REQUEST TO ENTER DEFAULT**<br><br>**(As to DA COCONUT GROVE, INC., a California Corporation)**<br><br>Honorable Judge Morrison C. England, Jr. |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Phyl Grace, Esq., attorney for plaintiff, Scott Johnson, and Sid M. Rosenberg, Esq., attorney for defendant, that any default entered herein against defendant, DA Coconut Grove, Inc., a California corporation, pursuant to the request to enter default filed herein on March 27, 2015, may be set aside.

Defendant will file an answer within 10 days of the order setting aside the default.

Dated: June 29, 2015             CENTER FOR DISABILITY ACCESS

                                 By: */s/ Phyl Grace*
                                 _____
                                 Phyl Grace
                                 Attorneys for Plaintiff

Dated: June 29, 2015             LAW OFFICES OF ROSENBERG & LINK

                                 By:*/s/ Sid Rosenberg*
                                 _____
                                 Sid M. Rosenberg, Esq.
                                 Attorney for Defendants

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Request to Enter Default filed on March 27, 2015 (ECF No. 5) and the default entered thereupon against defendant DA Coconut Grove, Inc. (ECF No. 6) is SET ASIDE.

///

///

1 | Defendant DA Coconut Grove, Inc. shall have ten (10) days from the
2 | electronic filing of this order to respond to the Complaint.
3 | IT IS SO ORDERED.
4 |
5 | Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT