# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>106 J STREET, LLC, a California Limited Liability Company; DA COCONUT GROVE INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-cv-00337-MCE-EFB<br><br>**ORDER OF DISMISSAL** |

　　　　In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

　　　　IT IS SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT